John Metsker, Esq.
CA SBN 268977
THE METSKER LAW FIRM
P.O. Box 590881
San Francisco, CA 94159
Phone: 866-342-6180
Fax: 415-500-4081
jmetsker@metskerlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYJEAN  LASALLE GORUBAO, | Case No. 2:25-cv-11500-DFM |
| Plaintiff, | |
| v. | **ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of SIX THOUSAND EIGHT HUNDRED TWENTY-THREE DOLLARS AND THIRTY-FOUR CENTS ($6,823.34) pursuant to 28 U.S.C. § 2412(d) and costs pursuant to 28 U.S.C. § 1920 in the amount of $405.00.

DATE: July 8, 2026

_____
HON. DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE

2